SCANNED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

RICHARD-ENRIQUE ULLOA,

        Petitioner,

  -against-

SUSAN HASTINGS,

        Respondent.

---------------------------------------------------------------X

CIVIL JUDGMENT

10 Civ. 9554 (LAP)

    By Order dated December 23, 2010, Petitioner was directed to file an Amended Petition with this Court within sixty (60) days. Since Petitioner has failed to submit an Amended Petition as specified, it is,

    ORDERED, ADJUDGED AND DECREED: That the Petition is dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Court's Order. As the Petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

    SO ORDERED:

                                    LORETTA A. PRESKA
                                    Chief United States District Judge

Dated: FEB 23 2011
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.

JUDGMENT AND APPEAL INSTRUCTIONS MAILED BY PRO SE OFFICE ON 2/23/11